Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_SOUTHERN_ District of _TEXAS_

_HOUSTON_ Division

United States Courts
Southern District of Texas
**FILED**

AUG 0 4 2025

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| _HENDERSON PRYOR_ ) | Case No. _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| ) | |
| _MARY JACKSON, et al_ ) | |
| **Defendant(s)** ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _HENDERSON PRYOR_ |
| Street Address | _4010 CARAMEL POINT CT_ |
| City and County | _FRESNO   FORT BEND_ |
| State and Zip Code | _TEXAS 77545_ |
| Telephone Number | _281-620-2634 - CELL 832-748-1413_ |
| E-mail Address | |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name MARY JACKSON

Job or Title *(if known)* MANAGER

Street Address TEXAS CHILDREN HOSPITAL 1919 BRAEWOOD BLVD

City and County HOUSTON HARRIS COUNTY

State and Zip Code TEXAS 77030

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name ELIZABETH MELO

Job or Title *(if known)* OPERATING MANAGER

Street Address TEXAS CHILDREN HOSPITAL 1919 BRAEWOOD BLVD

City and County HOUSTON HARRIS COUNTY

State and Zip Code TEXAS 77030

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name FLOWER HERNADEZ

Job or Title *(if known)* ASSISTANT DIRECTOR

Street Address TEXAS CHILDREN HOSPITAL 1919 BRAEWOOD BLV.

City and County HOUSTON HARRIS COUNTY

State and Zip Code TEXAS 77030

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *TITLE VII OF THE CIVIL RIGHTS Act, 28 U.S.C. SECTION 1331*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)*

      _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLAINTIFF'S STATEMENTS OF CLAIM ARE ATTACHED HERETO
AS EXHIBITS (1), (2), (3):
PLAINTIFF'S COMPLAINT TO THE U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION IS ATTACHED HERETO AS EXHIBIT (4)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. GRANT PLAINTIFF COMPENSATORY DAMAGES
IN THE AMOUNT OF $200,000 (TWO HUNDRED THOUSAND DOLLARS)
FROM EACH DEFENDANT INDIVIDUALLY AND COLLECTIVELY. GRANT
PUNITIVE DAMAGES IN THE AMOUNT OF $200,000 FROM EACH
DEFENDANT INDIVIDUALLY AND COLLECTIVELY, COST OF COURT AND
AND OTHER RELIEF PLAINTIFF IS ENTITLED TO.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *August 4 - 20. 25*
*8-4 2025*

Signature of Plaintiff    *Henderson R. Pryor*

Printed Name of Plaintiff    *Henderson R. Pryor*

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EXHIBIT (1)

10-4-24

TEXAS CHILDREN'S HOSPITAL
HUMAN RESOURCE DEPARTMENT
1919 S. BRAEWOOD BLVD
HOUSTON, TEXAS 77030

In Re: HENDERSON PRYOR
    THIS COMPLAINT IS BEING SUBMITTED IN REGARD
DISCRIMINATORY AND UNFAIR WORK PRACTICES
BEING IMPOSED UPON ME, WHICH ARE NOT BEING
IMPOSED UPON OTHER SIMILARLY SITUATED EMPLOYEES.
    SUCH UNFAIR WORK PRACTICES AND CONDITIONS ARE
JEOPARDIZING MY HEALTH AND SAFETY, AND ARE
BEYOND MY PHYSICAL CAPACITY TO PERFORM.
    ON OR ABOUT AUGUST 16, 2024 AT APPROXIMATELY
8:00 A.M., EMPLOYEE JORGE PAEZ, LEAD TECHNICIAN,
ASKED ME COULD I GO TO THE 5TH FLOOR ROOM TO VACUUM
THE CARPET. AT THE TIME MR. PAEZ ASKED IF I WOULD
GO TO THE 5TH FLOOR TO VACUUM, I WAS PERFORMING A
JOB DUTY ON THE 5TH FLOOR IN THE OPERATING ROOM. AT
BREAK TIME AT 9:00 A.M. I LEFT THE 5TH FLOOR TO
TAKE MY SCHEDULED BREAK.
    WHEN I REACHED THE 16TH FLOOR WHEREAS I
WOULD TAKE MY SCHEDULED BREAK, I ENCOUNTERED
Ms. LIZ MELO, THE MANAGER, CARLOS HERNANDEZ,

EXHIBIT (1)

10-4-24

Lead tech up Room turn around and Jorge Paez,
all of them are assigned to the First shift with
me, who at such time were sitting around the
equipment supply engaging in casual conversation.
At such time, I informed Mr. Paez that I will not be
Finished performing my job duties in the surger
room in time to clean the third floor Bridge
and the fourth floor conference area. After I
spoke with Mr. Paez, I left to go take my
scheduled Break.

After taking my scheduled Break, I was leaving
the 16th floor heading back to the 5th floor to Finish
performing my job duties in the surger area, and
I was stopped By Ms. Melo who requested to speak
with me. Ms. Melo introduced her sef to me as
the new manager, she then asked me was I
refusing to work. I stated that she has it wrong,
and I am on my way to finish performing the job
duties on the 5th floor that Mr. Paez and the third
shift tech ask me to do.

Ms. Melo, the new manager became Belligerent
and stated to me that she want me to clean the 3rd,
4th and 5th floors, including the Legacy Building.
I replied to Ms. Melo that I was not finish
performing my job duties on the 5th floor surger
area, and that the job duties I am involved in on
the 5th will consume my scheduled work day hours,

2

10-4-24

My written scheduled work duties are assigned to the 8th, 9th and 11th floors. And I have been employed with Texas Children's Hospital for ten calendar years.

I am constantly being singled out for unfair and discriminatory work practices by Mary Jackson Ms. Melo and Ms. Flower, Assistant Directors, such as hauling trash from the Pavilion Building, on the 4th, 5th Surgery Area, 9th Floor Surgery and 3rd Floor Dining. Then I am required to pick up and dispose of Biochemical Hazardous Waste Boxes 5th Floor Surgery Room, 8th Floor, 9th Floor Surgery Room, 11th Floor, 12th Floor and 10th Floor.

Respectfully submitted
Henderson R. Pryor
HENDERSON PRYOR

10-4-24

3.

EXHIBIT (2)

10-4-24

TEXAS CHILDREN'S HOSPITAL
HUMAN RESOURCE DEPARTMENT
1919 S. BRAEWOOD BLVD
HOUSTON, TEXAS 77030

In Re: HENDERSON PRYOR

SUPPLEMENTAL COMPLAINT

Due to the personal Dislike Ms. MARY
JACKSON, FLOWER HERNANDEZ, ELIZABETH MELO
HARBOUR AGAINST ME, ON OctoBER 2, 2024 Ms.
MELO CAME to the BREAK ROOM FOLLOWING ME
WHILE I WAS HEADING to the BREAK ROOM, AND
ANNOUNCED to ALL the EMPLOYEES PRESENT IN
the BREAK ROOM DRINKING COFFEE that they
NEED to GET OUT OF the COFFEE ROOM ON the BASIS OF
ME, AND COULD NOT DRINK COFFEE ANYMORE.
THERE WAS NO REASON EXPLAINED By Ms, MELO
WHY the EMPLOYEES COULD NOT DRINK COFFEE ON
the BASIS OF ME.
SUCH UNWARRANTED CONDUCT ON the PART OF Ms.
MELO CREATED AND UNWARRANTED HOSTILE WORK
ENVIRONMENT FOR ME IN REGARD to OTHER EMPLOYEES,

EXHIBIT (2)

Thus placing my safety in jeopardy.

Respectfully submitted

Henderson R. Pryor

HENDERSON PRYOR

10-4-24



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®

OFFICIAL

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®    HOUSTON TX 77030

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 9305 2915

---

ASTRODOME
8205 BRAESMAIN DR
HOUSTON, TX 77025-9998
(800)275-8777

10/04/2024                           02:45 PM

Product          Qty   Unit    Price
                        Price

First-Class Mail®  1            $1.01
Letter
   Houston, TX 77030
   Weight: 0 lb 1.10 oz
   Estimated Delivery Date
      Mon 10/07/2024
   Certified Mail®               $4.85
      Tracking #:
      70210950000093052915
   Return Receipt               $4.10
      Tracking #:
      9590 9402 9061 4122 8619 47
Total                            $9.96

Grand Total:                     $9.96

Cash                            $20.00
Change                         -$10.04

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
   https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



      or call 1-800-410-7420.

-------------------------------------------

LFN: 480373-0018
Receipt #: 840-57700017-3-9488096-2
Clerk: 17

EXHIBIT C35

TEXAS CHILDREN'S HOSPITAL            ATTN: Ms. FLOWER HERNANDEZ
HUMAN RESOURCE DEPARTMENT                ASSISTANT DIRECTOR
1919 S. BRAEWOOD. BLVD.                  PAVILION FOR WOMEN E.V.S.
HOUSTON, TEXAS 77030

                                     EMILIA ILINCA
                                     DIRECTOR ENVIRONMENTAL SERVICES
                                     6621 FANNIN St. SUITE ABB 270
In Re: HENDERSON PRYOR               HOUSTON, TEXAS 77030

        SINCE THE SUBMISSION OF MY ORIGINAL AND SUPPLEMENTAL
COMPLAINTS DATED NOVEMBER 4, 2024 WHICH WERE FILED WITH TEXAS
CHILDREN'S HUMAN RESOURCE DEPARTMENT, I HAVE BEEN
CONTINUOUSLY SUBJECTED TO HARASSMENT AND RETALIATORY
TACTICS TO PUNISH ME FOR FILING MY PREVIOUS COMPLAINTS.

        ON April 10, 2025 AND April 11, 2025, Ms. ELIZABETH MELO AND
MARY R. JACKSON TOOK MY DRINKING WATER AND LUNCH OUT OF THE
JANITOR'S CABINET ON THE FLOOR WHERE I WORK, AND THREW MY PERSONAL
PROPERTY IN THE TRASH. AFTER I DISCOVERED MY PROPERTY WAS
MISSING, I WENT TO Ms. MELO AND Ms. JACKSON AND THEY STATED TO ME
THAT THEY THREW MY PROPERTY AWAY.

     IT IS NOT UNCOMMON FOR EMPLOYEES TO LEAVE THEIR PERSONAL
PROPERTY IN THE JANITOR'S CABINET DURING OUR WORKING HOURS IN OUR
WORK AREA. I ONLY DRINK PREMIUM IONIZED ALKALINE WATER.

     THE CONDUCT OF Ms. MELO AND Ms. JACKSON TAKEN AGAINST ME WAS
RETALIATION TO PUNISH ME FOR EXERCISING MY RIGHT OF FILING
MY PREVIOUS COMPLAINTS WITH THE HUMAN RESOURCE DEPARTMENT,
REGARDING THE DISCRIMINATORY AND UNFAIR WORK PRACTICES
BEING IMPOSED UPON ME ATTENDANT TO MY JOB DUTIES AT TEXAS
CHILDREN'S HOSPITAL.

                    EXHIBIT (3)

As a result of the actions taken against me by Ms. Melo and Ms. Jackson, I had to go to the hospital due to the stress, headache, rise in blood pressure such actions caused me. A true and correct copy of my medical record concerning the physical harm caused to me is attached hereto as, Exhibit (A).

*Henderson R. Pryor*

HENDERSON PRYOR
4010 CARAMEL POINT CT
FRESNO, TEXAS 77545-7046

SUBSCRIBED AND SWORN to before me on this 17th day of April 2025.

MISHGHAN FATIMA AHMED
Notary Public, State of Texas
Comm. Expires 01-05-2028
Notary ID 134702785

NOTARY PUBLIC

2

April 11, 2025                                         St. Luke's Health

| | | **Department** | CHI BAYLOR ST. LUKE'S |
|---|---|---|---|
| **Patient:** | Henderson R Pryor | **Information:** | MEDICAL CENTER |
| **Date of Birth:** | 01/23/1960 | | BSLMC EMERGENCY |
| **Date of Visit:** | 4/11/2025 | | DEPARTMENT |
| | | | 6720 BERTNER |
| | | | HOUSTON TX 77030 |
| | | | 832-355-1000 |

To Whom It May Concern:

Henderson Pryor was seen and treated in our emergency department on 4/11/2025.
He may return to work on 04/14/2025.

If you have any questions or concerns, please don't hesitate to call.

Duke K Jones, RN

EXHIBIT (A)

EXHIBIT (4)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**PRE-CHARGE INQUIRY**

Please print on all documents



For Official Use Only – Inquiry Number:
4100 - 2025 - 00271

---

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer all questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, return it immediately to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

Please note: This Pre-Charge Inquiry is not a Charge of Discrimination.

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

---

OCT 0 9 2024

| | |
|---|---|
| **Personal Information** | First Name: _HENDERSON_  MI: _R_  Last Name: _PRYOR_<br><br>Address: _4010 CARAMEL POINT Ct._  Apt.: _____<br><br>City: ~~HOUSTON~~ _FRESNO_  County: _Fort B~~END~~_  State: _TX_  Zip Code: _77545_<br><br>Email: _ACpryor90@yahoo.com_  Home Phone: (_281_) _620 - 2639_  Cell: (_713_)_903-0813_<br><br>What is the best way to reach you? _BY PHONE_<br><br>What are the best days and times to reach you? _ANYTIME_<br><br>Date of Birth: _1/23/1960_  Sex: ☑ Male  ☐ Female  ☐ X (unspecified or another gender identity)<br><br>Do you need language assistance? ☐ Yes  ☑ No<br><br>If so, what do you need? _N/A_<br><br>General information about you that will help us to serve all individuals better:<br><br>i. Are you Hispanic or Latino? ☐ Yes  ☑ No<br><br>ii. What is your race? Choose all that apply: ☐ American Indian or Alaskan Native  ☐ Asian<br>☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White<br><br>iii. What is your National Origin or ancestry? _BLACK MALE AMERICAN_ |
| **Who can we contact if we are unable to reach you?** | Name: _CYNTHIA PRYOR_  Relationship: _WIFE_<br><br>Address: _4010 CARAMEL POINT Ct._  City: _FRESNO_  State: _TX_  Zip Code: _77545_<br><br>Email: _____  Home Phone: _281) 620-2639_  Cell: _832 748-1413_ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

_EXHIBIT (4.5)_

| Who do you think discriminated against you? | ☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other |
|---|---|

Name of organization where you work(ed) or applied to: _TEXAS CHILDREN's HOSPITAL_

Address: _1919 S. BRAEWOOD BLVD_ Suite: _____

City: _HOUSTON_ County: _HARRIS_ State: _TX_ Zip Code: _77030_

Organization Headquarters, if different from above:

Name: _NA_

Address: _____ Suite: _____

City: _____ County: _____ State: ____ Zip Code: _____

Name of Human Resources Director or Owner: _KIRSTEN SNYDER_

Email: _____ Phone: (___) _UNKNOWN_

How many employees (estimated) does the organization have at all locations? Check one:

☐ Less than 15   ☐ 15-100   ☐ 101-200   ☐ 201-500   ☑ More than 500

---

**Why do you think you were discriminated against?**

You believe you were discriminated against because of:

☐ Race – Your race: _____

☑ Color – Your color: _____

☐ Religion – Your religion: _____

☐ Sex (including pregnancy, gender identity, or sexual orientation)

☐ National origin – Your national origin: _____

☑ Age (40 or older) – Your age at the time of the job action: _____

☐ Disability – Check all that apply:

    ☐ You have a disability
    ☐ You had a disability in the past
    ☐ You don't have a disability but you are treated as if you have a disability
    ☐ You are closely related to or associated with a person with a disability

What is the disability? _N/A_

Is your employer aware of the disability?   ☐ Yes   ☐ No   If yes, how?

_____

☐ Genetic information (including your genetic information, your family medical history, or your participation in genetic services like counseling, education, or testing)

☑ Retaliation – Check all that apply:

    ☐ You filed a charge of job discrimination
    ☐ You contacted a government agency to complain about job discrimination
    ☑ You complained to your employer about job discrimination
    ☐ You helped or were a witness in someone else's complaint about job discrimination
    ☐ You requested an accommodation for your disability or religion

☐ None of the above – The reason for this inquiry: _____

---

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| **What happened to you that you think was discriminatory and when did it happen?** | EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age. <br><br> Date: ___/___/_____  Action: OCCURRED AUGUST 2021-2024 UNFAIR AND DISCRIMINATORY WORK PRACTICES <br><br> Date: ___/___/_____  Action: _____ <br><br> Name and Title of Person(s) Responsible: MARY JACKSON, MANAGER FLOWER HERNANDEZ, ASSI. DIRECTOR, SEE ATTACHED PAGE |
| **What reason(s) were you given for this job action?** | Reason(s) NONE <br><br> Who told you this? MS. JACKSON, HERNANDEZ AND [MS. MELO]  Job Title: SEE ABOVE |

**Was another person in the same or similar situation treated the same, better, or worse than you?**
**EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?**

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: NO _____  Job Title: _____ <br><br> Email/Phone: _____  Check how they are different from you: <br><br> ☐ Race  ☒ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☒ Age  ☐ Disability <br> How were they treated better? THE TYPE OF WORK IMPOSED UPON ME WAS NOT IMPOSE UPON OTHER ____ Date: ___/___/___ <br><br> 2. Name: ALL MEXICAN EMPLOYEES _____  Job Title: _____ <br><br> Email/Phone: _____  Check how they are different from you: <br><br> ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability <br> How were they treated better? THEY WERE NOT REQUIRED to DO THE TYPE OF WORK IMPOSED ____ Date: ___/___/___ UPON ME. |
| **Who was treated WORSE than you?** | Name: NONE _____  Job Title: _____ <br><br> Email/Phone: _____  Check how they are different from you: <br><br> ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability <br> How were they treated worse? _____ _____ Date: ___/___/_____ |
| **Who was treated the SAME as you?** | Name: NONE _____  Job Title: _____ <br><br> Email/Phone: _____  Check how they are different from you: <br><br> ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability <br> How were they treated the same? _____ _____ Date: ___/___/_____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say. | 1. Name: _ALL OTHEN EMPLOYEES_ Job Title: _____ <br> Email: _____ Phone: (___) _____ <br> What will they tell us? _ABOUL tHE UHFAIN AND_ <br> _DISCRIMINATORY WUNK PRACHCES IMPOSED UPON ME_ <br><br> 2. Name: _____ Job Title: _____ <br> Email: _____ Phone: (___) _____ <br> What will they tell us? _____ <br><br> _____ |
|---|---|
| Have you already filed a charge on this matter with the EEOC? | ☐ Yes  ☑ No <br> If yes: Date you filed: ___/___/_____ Charge Number: _____ |
| Have you filed a complaint on this matter with another agency? | ☐ Yes  ☑ No <br> If yes: Agency name: _____ <br> Date you filed: ___/___/_____ Complaint Number: _____ |
| Do you have someone representing you in this matter? | ☐ Yes  ☐ No <br> If yes: ☐ Attorney  ☐ Union  ☐ Other <br> Name: _I HAVE ASSISHANCE BY_ Date of Contact: ___/___/____ <br> Email: _FAMILY MEMBENS_ Phone: (___) _____ |
| Privacy Act Statement | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED APRIL 2018. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued April 2018. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same bases as the EEOC's laws. This Pre-Charge Inquiry is not a charge. If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

ELIZABETH MELO, OPERATION MANAGER



Monday
Tuesday  } only!
Thursday

8:00 AM — 8:30 AM
Be at the building by 6:30 AM
Doors open at 8:00 AM.

# U.S. Equal Employment Opportunity Commission
## Public Portal

# Appointment Confirmed

## An appointment has been scheduled for this PCP

Back to Menu (Staff.aspx)

**Your Name:** Henderson Pryor
**Your Phone Number:** (713) 903-0813
**Interpreter/Language:** No interpreter needed
**Additional Information:**

**Appointment Code:** 460-2025-00271
**Appointment Date:** Thursday, 01/09/2025
**Appointment Time:** 03:00 PM (Time Zone: Central)
**Appointment Office:** Houston
**Office Address:** 1919 Smith Street., 6th Floor, Houston, TX 77002
**What type of interview :** By Phone

This PCP's appointment has been scheduled successfully. Thank you.

Back to Menu (Staff.aspx)   [ Next ]

Privacy Policy (https://www.eeoc.gov/privacy.cfm) | Disclaimer (https://www.eeoc.gov/disclaimer.cfm) | USA.gov (https://www.usa.gov/)